CORDELIA D. CHAUVET, Respondent, *v.* MARGARET S. IVES, Appellant.

*Chauvet* v. *Ives*, 104 App. Div. 303, affirmed.
(Argued May 22, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1905, upon an order reversing a judgment in favor of defendant, entered upon a dismissal of the complaint by the court at a Trial Term without a jury and directing judgment in favor of plaintiff in an action to enforce an agreement entered into by the plaintiff and defendant as beneficiaries under the will of Francis W. Lasak, deceased.

*Algernon S. Norton* and *Henry W. Bookstaver* for appellant.

*Stillman F. Kneeland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J. Not voting: EDWARD T. BARTLETT, J.